In Re: Appeal of Thomas Cuono. Thomas
Cuono, Appellant.

Submitted on briefs April 4, 1983, to Judges
ROGERS, WILLIAMS, JR. and BARBIERI, sitting as a panel
of three.

*Ronald S. Baratta,* for appellant.

*Alan B. McFall, Cassebaum, McFall & Molnar,*
P.C., for appellee.

OPINION BY JUDGE ROGERS, May 12, 1983:

After careful examination of the record and review
of the written arguments of the parties, being satis-
fied that the findings of the Civil Service Commission
of Bangor Borough are supported by the evidence and
that the issues of law were correctly decided by the
Court of Common Pleas of Northampton County, we
affirm the order of that court upholding the dismissal
of the appellant from his position of chief of police of
Bangor Borough on the able opinion of Judge ALFRED
T. WILLIAMS, JR. reported at      Pa. D. & C.3rd
(    ).

300

ORDER

AND Now, this 12th day of May, 1983, the order of the Court of Common Pleas of Northampton County in the above-captioned matter is affirmed.